IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JEFFERY BERNARD AKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-031 |
| | ) |
| TAMALA BROWN, Warden;, | ) |
| KELLY BOYETT, Lieutenant; and | ) |
| LISA HOWARD, Nurse, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS**\* the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion to dismiss, (doc. no. 10), **DISMISSES** without prejudice the entire case, and **CLOSES** this civil action.

SO ORDERED this 15th day of August, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

\* Except the word "and" in the first sentence of Part "B" on page six, for which the word "an" is substituted. DHB